SAN DIEGO BIZ LAW FIRM
Steven Riznyk, Esq. (SBN:135688 )
4225 Executive Sq. Suite 600
La Jolla, CA 92037
Tel: (619) 793-4827

Attorney for Petitioner,
William Sabatini

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br>**WILLIAM SABATINI**<br><br>**Petitioner,**<br><br>v.<br><br>**CALIFORNIA BOARD OF REGISTERED NURSING, and DOES 1-50**<br><br>**Respondents.** | Case No.: **'18CV2036 AJB  AGS**<br><br>**MOTION FOR LEAVE TO EXCEED WRIT PAGE AND WORD LIMIT BY PETITIONER.** |

WILLIAM SABATINI, PETITIONER, BY STEVEN RIZNYK, HIS ATTORNEY, MOVE THIS COURT FOR PERMISSION TO FILE AN ENLARGED BRIEF, AND IN SUPPORT OF THE MOTION STATE AS FOLLOWS:

    1. As will appear from Petitioner's brief when it is filed, the issues in this cause are numerous, multifarious, and complex. Petitioner submits that they cannot be discussed adequately in the 30 pages allowed by FRAP 21(d).

    2. This case has been litigated in state court and to explain all of the proceedings, facts, and issues, regrettably takes approximately 15 more pages. However, the extra wording will present a level of clarity and provide the Court with an understanding of this case that is as comprehensive as it deserves to be.

1
2       Wherefore, Petitioner prays that this Court permit Petitioner to file an enlarged brief
3  exceeding the 30 page, and 7,800 word maximums as prescribed by said Rule 21(d).
4
5
6
7
8
9
10
11
12
13     Dated: August 29, 2018                    Respectfully Submitted,
                                                SAN DIEGO BIZ LAW, APC
14
15
16
                                                _____,
17                                              STEVEN RIZNYK, Esq.
                                                Attorney for Petitioner
18                                              William Sabatini.
19
20
21
22
23
24
25
26
27
28